RECEIVED
IN LAKE CHARLES, LA
OCT 21 2014
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CARLOS M. RAMOS, | * CIVIL ACTION NO. 2:13-cv-2299 |
| Plaintiff, | * |
| v. | * JUDGE MINALDI |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, ET Al., | * |
| Defendants. | * MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 9] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that plaintiff's civil rights claims for injunctive and declaratory relief be and hereby are **DISMISSED, WITH OUT PREJUDICE.**

**IT IS FRUTHER ORDERED** that plaintiff's claims for compensatory damages be and hereby are **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 20 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE